AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

MAIGA HRALIMA,

    Petitioner,

V.

STATE OF NEVADA, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-CV-00548-BES-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED**, without prejudice to the filing of a new action accompanied by either the required filing fee or a properly completed application to proceed *in Forma Pauperis.*

  March 18, 2008                                                             **LANCE S. WILSON**
                                                                                                    Clerk

                                                                                       /s/ Katie Lynn Ogden
                                                                                         Deputy Clerk